AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| DANA CALLEY | ) | 6:24-mj- 1364 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 5, 2024____ in the county of ____Brevard County____ in the ____Middle____ District of ____Florida____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Kuiperi, SA, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ____April 5, 2024____

_____
*Judge's signature*

City and state: ____Orlando, Florida____

Robert Norway, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES | Case No. 6:24-mj-1364 |
| v. | |
| DANA CALLEY | |

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Special Agent Scott Kuiperi, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since July 2023. I am a graduate of the Federal Law Enforcement Training Center and ATF National Academy. As a result of my training and experience as an ATF Special Agent, I am familiar with federal firearm and drug trafficking laws, and I am empowered by law to conduct investigations of and make arrests for such offenses.

2.      Prior to my experience with ATF, I spent approximately one year as an Identity Intelligence Exploitation Analyst for the United States Special Operations Command (USSOCOM) supporting forward deployed Special Operations Forces (SOF). I worked in analysis of identity intelligence to create products, such as reporting on facial recognition, fingerprint matches, DNA analyses, iris scans, cellular phone and media exploitation, and networking analysis. I created

intelligence reports that were used to support forward deployed soldiers in investigations and prosecutions involving violent extremist organization networking, identifying improvised explosive device (IED) manufacturers, and working on locating and identifying specific terrorists. The following affidavit is based on my personal experience and involvement in this ongoing investigation, my conversations with other law enforcement officers, as well as my examination of documents and evidence related to this case. Because this affidavit is submitted for the limited purpose of establishing probable cause for a search warrant, it does not contain each and every fact that I have learned during the course of this investigation. The following statements are true and correct to the best of my knowledge.

3.      I make this affidavit in support of a criminal complaint for Dana CALLEY. Based upon the facts set forth herein, I submit there is probable cause to believe that on or about April 5, 2024, in the Middle District of Florida, Dana CALLEY, a convicted felon, knowingly possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

4.      The information set forth in this affidavit is based upon my own personal knowledge as well as information provided to me by other law enforcement officers and additional sources, identified in this affidavit, and is provided solely for the purpose of establishing probable cause. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all of the details of this investigation of which I am aware.

2

## PROBABLE CAUSE

5.      In August of 2023, the Brevard County Sheriff's Office (BCSO) received a witness tip that Dana CALLEY was selling illegal narcotics and was walking around the neighborhood with a rifle slung over his shoulder while wearing a tactical vest. The activity was taking place in and around his residence, the PREMISES.

6.      On or about August 25, 2023, BCSO agents conducted a trash pull at the CALLEY residence, the PREMISES. Within the trash pull, BCSO located mail addressed to Dana CALLEY and his mother. Agents also located evidence of illegal drug packaging and a substance that field tested positive for methamphetamine.

7.      On or about September 11, 2023, BCSO agents conducted a second trash pull at the CALLEY residence, the PREMISES. Agents located mail belonging to both Dana CALLEY and his mother, as well as a soda can that appeared to be made into an illegal smoking device. A swab of the device tested positive for heroin/fentanyl.

8.      On or about September 20, 2023, BCSO agents applied for and obtained a state search warrant for the PREMISES, based on the evidence collected from the two trash pulls. The warrant was signed by State of Florida Circuit Court Judge Robert Segal.

9.      On or about September 20, 2023, BCSO executed the residential search warrant at the PREMISES. BCSO collected multiple items, including four firearms, three silencers, one black tactical vest, and a large quantity of ammunition

(approximately 10,000 rounds). All four firearms were located in what was later determined to be Dana CALLEY's bedroom: one was under the defendant's pillow, two were located in a cabinet next to the defendant's bed, and one was located in a gun case underneath the defendant's bed.

10.    ATF Firearms & Ammunition Technology Division (FATD) forensically examined the devices and determined that the three silencers are in fact firearm silencers as defined in 18 U.S.C. § 921(a)(25), and are firearms as defined in 18 U.S.C. § 921(a)(3)(C) and 26 U.S.C. § 5845(a)(7). Additionally, the silencers bear no National Firearms Act (NFA) manufacturer's markings of identification or serial number as required by 26 U.S.C. § 5842.



*Figure 1: Overall image of evidence collected during a search warrant of the PREMISES.*

11.    On or about September 20, 2023, BCSO agents conducted a recorded interview of Dana CALLEY's mother. She agreed that she knew Dana CALLEY was recently released from prison because CALLEY non-fatally shot his brother with a firearm. She said Dana CALLEY was imprisoned for five years and knew he was a convicted felon who "served his time." She confirmed that Dana CALLEY was the sole occupant of his bedroom and tool room; however, there were some items in the tool room that belonged to her late husband, but that Dana CALLEY had access to them.

12.    On or about September 21, 2023, BCSO agents applied for and obtained an arrest warrant for Dana CALLEY, pursuant to which CALLEY was later arrested.

13.    On or about September 22, 2023, BCSO agents obtained a DNA search warrant for Dana CALLEY, signed by Circuit Judge Segal. BCSO executed the DNA search warrant for Dana CALLEY at the Brevard County Jail that same day.

14.    On or about October 13, 2023, United States Magistrate Judge Daniel C. Irick signed a federal criminal complaint against Dana CALLEY for a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon) (6:23-mj-2130).

15.    On October 25, 2023, a federal grand jury returned an indictment charging CALLEY with that same offense (6:23-cr-204-RBD-RMN).

16.    On or about November 1, 2023, ATF agents executed a federal arrest warrant at the Brevard County Jail and transferred CALLEY to federal custody in

5

Orlando, FL. On November 15, 2023, CALLEY was released on conditions (*id.* at Docs. 34-35).

17.    On or about November 10, 2023, ATF agents received DNA results from DNA Labs International of the firearms found in the PREMISES. One of the firearms, an Anderson Manufacturing AM-15 (Serial Number: 17014003), contained CALLEY's DNA with the following reporting: "The DNA profile obtained from this item is approximately 26 quadrillion times more probable if the sample originated from Dana Calley and one unknown person than if it originated from two unknown persons. This analysis provides very strong support for the proposition that Dana Calley is a contributor to the DNA profile obtained from the sample."

18.    On or about April 3, 2024, ATF agents received information from a witness that CALLEY was making silencers in his residence, had tools in his residence for making silencers, and had approximately six or seven silencers in one of his rooms. Additionally, the witness stated that on an unknown date after CALLEY's September 2023 arrest, while on release, CALLEY possessed a firearm on his person.

19.    On April 3, 2024, at my request, a query was conducted of the ATF Federal Licensing System (FLS) to determine whether CALLEY possessed Federal Firearm Licenses (FFL). The results were negative, which indicates that CALLEY has not been issued such a license; nor is he listed on any other person or corporation's license.

20.     On April 4, 2024, United States Magistrate Judge Robert Norway signed a search warrant for a search of CALLEY's residence (6:24-mj-1356).

21.     On April 5, 2024, ATF agents executed the search warrant on CALLEY's residence. Prior to the execution, CALLEY was seen leaving the residence and was then detained on an investigative traffic stop. Officers smelled marijuana coming from the vehicle and located a small amount of suspected marijuana in CALLEY's vehicle, as well as two suspected oxycodone pills in CALLEY's front jeans pocket. CALLEY was escorted back to the residence for an interview and to be present for the search warrant.

22.     Inside CALLEY's residence, ATF agents located four silencers, as well as materials used to construct silencers (e.g. metal washers, metal rods, and a welder). Although the silencers will need to be examined by FATD, I believe that these are silencers based upon my training and experience. Additionally, other agents present at the scene, including a certified NEXUS examiner, also concluded that these items are silencers based on their examination of the devices.

23.     During an interview of CALLEY, he stated that he ordered these items online, but claimed that they were oil or fuel filters for his truck. ATF agents asked CALLEY if the welder belonged to him, and he stated yes and said he just recently started practicing with it. ATF agents showed CALLEY a photo of one washer welded to a metal rod and CALLEY said he was practicing with his welder and was making it to help hold a washer when working on his motorcycle.  ATF agents

7

showed CALLEY a second photograph of multiple washers welded to a metal rod, which is a known method of creating baffles for a silencer. CALLEY looked at the photo and said he made that device a few years prior, before his initial arrest over five years ago. CALLEY said he constructed it, never fired it, but had seen another person use a firearm with the device and it did not work as intended, by lowering the sound. CALLEY claimed that police left that device during the 2023 arrest and search warrant and he just had not discarded it.

24.     Dana CALLEY is a convicted felon. On November 5, 2018, CALLEY was convicted of Aggravated Battery Causing Bodily Harm and Possession of Contraband in a Prison Facility, and sentenced to 69.45 months. CALLEY was released from the Department of Corrections on October 13, 2022, less than one year prior to his arrest in September 2023.

25.     Pursuant to 18 U.S.C. § 921(a)(3)(C), the definition of a "firearm" includes "any firearm muffler or firearm silencer." Because CALLEY is a prohibited person, he is not permitted to manufacture or possess firearms, including silencers.

8

## CONCLUSION

26.    Based on the foregoing facts and opinions, my experience and training,

and consultation with other law enforcement agents, I believe that there is probable

cause to believe that on or about April 5, 2024, in the Middle District of Florida,

Dana CALLEY, a convicted felon, knowingly possessed a firearm in violation of 18

U.S.C. § 922(g)(1).

_____

Scott Kuiperi, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Affidavit submitted in person and
attested to me as true and accurate by
telephone conference or video
conference consistent with Fed. R. Crim.
P. 4.1 and 41(d)(3) before me this
  5th   day of April, 2024.

_____

HON. ROBERT NORWAY
United States Magistrate Judge

9